UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC STOLL,

    Plaintiff,

v.                                                        CASE NO. 8:17-cv-1021-T-23AAS

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

**ORDER**

The defendant moves (Doc. 13) unopposed to compel arbitration and to stay the case. The motion (Doc. 13) is **GRANTED**. In accord with 9 U.S.C. § 3, this action is **STAYED**. The clerk is directed to administratively close the case. Within a week after the parties receive the arbitral decision, the plaintiff must move to re-open the case and to lift the stay. If the parties have not received the arbitral decision by **JANUARY 22, 2018**, on that day the plaintiff must file a report detailing the status of the arbitration.

ORDERED in Tampa, Florida, on July 25, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE